**IN THE U.S. DISTRICT COURT OF**
**THE WESTERN DISTRICT OF KENTUCKY**
601 W. Broadway, Louisville, KY 40202 | 502-625-3500

FILED
JAMES J. VILT, JR. - CLERK
AUG - 5 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**Case No.:** 3:22cv-403-CHB

DANIEL COBBLE **Petitioner / Plaintiff**

*vs.* **PETITION** (for Emergency Injunction for Broadcast Order, **Pg. 1**)

JESSICA ROSENWORCEL, CHAIRMAN FOR THE **FCC** **Defendant**
(Federal Communications Commission)

* * * * * * * * * * * * * * * * * * * * * * * * *

**One Attachment** | Filed: August 5, 2022 | **Page 1 of 4**


- Motion to Shorten FCC's Response Time to 20 days, **Pg. 2**
- Motion for FCC to Provide the Public Protection Rules, **Pg. 3**
- Relief Sought, **Pg. 4** • Motion to Waive Filing Fee, **Pg. 4**


**1-A. PUBLIC SAFETY ISSUE-OF-LAW FOR INJUNCTION:** Under Article 3, **§ 2** of the U.S. Constitution (issues of equity), to prevent "dark democracy" by diminishing the influence of "dark money" and "ballot harvesting," the FCC must require local broadcast stations to "broadcast the registered election candidates" so voters can learn who the candidates are for early voting & Election Day. The public owns the airwaves and thus warrants this provision by right; not the broadcasters who serve the public. – Dark democracy occurs when voters are prevented from learning about the candidates.

## Jurisdiction

**1-B.** Comes Petitioner/Plaintiff, Daniel Cobble, to Petition the Court for injunction to require Defendant Federal Communications Commission (hereafter as the **FCC**) to issue a "broadcast the candidates order" to help ensure clean elections for the November 8, 2022 Election Day. Cobble styles FCC Chairman Jessica Rosenworcel to represent Defendant FCC. Thus, the Court has jurisdiction in this matter, as it involves broadcasting across the public airwaves (also known as radio waves) that inherently travel across State lines, and thus the FCC regulates.

## Motion for Injunction for Broadcast the Candidates Order

1. Since the public owns the airwaves, and to heal and protect our democracy, Cobble motions for injunction to order the FCC to issue a "broadcast the candidates" order (with the acronym **BCO**) to ensure voters are knowledgeable about the candidates when voting early and on the Nov. 8 Election Day. This matter is an emergency because Election Day is November 8

(95 days from the date of filing this case on August 5) for adequate time across the nation for broadcasters to set-up programming the candidates. The BCO should require all registered candidates to be heard across each local station at least 3 times. However, the BCO should only allow one replay of a particular broadcast included in the 3 broadcasts.

- **Motion to Shorten FCC Response Time to 20 days**

2. By the evidence of wide scale cheating in Jefferson County, Kentucky, the herein instant action came about because Defendant FCC has not responded to Cobble's July 2, 2022 "FCC Complaint" that requests the BCO. Per the evidence, the BCO is "reasonable & necessary." And wherefore, for ensuring the timely 2022 election cycle by via the BCO, the Court must waive the 90 days for the FCC responding to the herein instant action. **Thus, Cobble hereby motions for the FCC response time to be shortened to twenty** (20) **days**.

3. The unanswered FCC Complaint are **"legal admissions"** to Cobble's allegations and attached for the Court's ready-reference. In fact, due to November 8 time-constraints, the FCC Complaint gave FCC Chairman Rosenworcel 30 days to respond (paragraph 13 in the FCC Complaint). The 30 days elapsed on August 2, 2022 and now the parties are before the Court.

4. The FCC Complaint presents egregious violations of the FCC [public protection rules] (PPRs) in the May 17, 2022 Primary elections that disenfranchised the voters of Jefferson County, Kentucky. By separate Request to FCC Bureau Chief Alejarndro Roark and the Complaint, Rosenworcel has not provided the PPRs. Cobble is still waiting for them.

5. During the initial February 2022 Primary season, WDRB-TV reported that Cobble was polling in 1st place to win as U.S. Representative, even above the Democrats. But the FCC Complaint lists the following violations that prevented Cobble's opportunity to win**:**

**a)** voters complain that they do not know the candidates on the ballot;

**b)** the broadcast media as a cabal committed conspiracy to blackout Candidate Cobble's name from the airwaves;

**c)** the broadcast media as a cabal committed conspiracy to blackout the District 3 Republican race from the airwaves;

**d)** except for only three broadcast events for the mayoral race, the broadcast media as a cabal committed conspiracy to withhold coverage of all other races from the airwaves;

**e)** prior to the election, WDRB-TV broadcasted disparaging set-up video of Cobble that was supposed to be discarded;

**f)** the above blackout includes KET (KY Education Television) that is supposed to exhibit fairness and objectivity across the airwaves;

**g)** KET would only allow candidates that raised a minimum of $25,000;

**h)** KET expressly reserved the option of not broadcasting candidates that raised $25,000;

**i)** the same as the Cobble family, many voters expressed frustration that they did not know who to vote for by having no information on the candidates;

**j)** the KFF organization distributes a countywide voter guide that practices ballot harvesting;

**k)** as another form of ballot harvesting, a church member confirms that many churches distribute to its members lists of candidates to vote for, though the members do not know who the candidates are;

**l)** then there is the traditional ballot harvesting where the candidate's team goes door-to-door to collect completed ballots;

6. Media bias and cheating by ballot harvesting can only work when voters are ignorant of the candidates. Today, within the U.S. voting system, there's no homogenous way to inform voters about the candidates. But requiring all local broadcast stations to broadcast the candidates effectively solves this problem of informing voters.

7. And wherefore, again, the BCO is warranted because the public owns the airwaves that are being abused by well-established, licensed broadcasters weakening the election process. In addition, the BCO will diminish the effects of dark money during election campaigns.

- **Motion for FCC to Provide the Public Protection Rules** (PPRs)

8. Broadcasters cannot legally use the public airwaves against the public interest. Of course, such abuse is grounds for withholding the stations' licenses, and even criminal prosecution. Up to now, Chairman Rosenworcel has refused to provide the PPRs.

9. And wherefore, Cobble motions the Court to require the FCC to provide the PPRs. Years ago, upon demand, broadcasters were required to provide these rules to the public.

- **RELIEF SOUGHT**

10. Besides the above motions, including for the PPRs, and for the reasons stated, Cobble reasonably demands a "broadcast the candidates" order/BCO from the FCC.

---

## Motion to Waive Filing Fee

8. Comes Cobble to motion the Court to waive the filing fee based on the premise that filing fees are unconstitutional and the issue is pending in federal court cases 3:20-cv-298 and 3:20-cv-579. For the same reasons, the Kentucky courts waived the filing fees for cases 20-ci-865, 20-ci-960, and 18-CI-334. Cobble shows how filing fees are unwarranted by taxpayers who paid fees and then denied access to the courts with their injuries remaining unresolved (including Cobble). Wherefore, to avoid the continuing injuries of paying filing fees, Cobble motions the Court to waive the fee until the question of filing fees is resolved in the federal courts.

9. Moreover, the Court cannot dismiss this case of emergency public safety issues. The Court must process this matter.

*Wherefore, this Motion is respectfully submitted,*

Daniel Cobble 8-5-2022

Daniel Cobble, Plaintiff DATE
220 Casa Bella Ct., Louisville, KY 40220 – 502-290-2852

**CERTIFICATE OF SERVICE**

Daniel Cobble sent a copy of the herein contents by first class mail to the following Defendant on August 5, 2022 by CERTIFIED MAIL Item, 7020 1810 0001 4934 2398:

Jessica Rosenworcel, Chairman
Federal Communications Commission (FCC)
45 L Street, NE
Washington, DC 20554 | 888-225-5322

Daniel Cobble

- PDF Downloads at The-Protect-America-Project.org