COPY

**EXPRESS MAIL Item EE 185 135 882 US**

The Protect America Project

From: Daniel Cobble • 220 Casa Bella Court • Louisville, KY 40220
502-290-2852 • danielcobble6@gmail.com • **The-Protect-America-Project.org**

ATTACHMENT

- Request ***Broadcast the Candidates Order*** (**BCO**) – *Amended* -

TO: Jessica Rosenworcel, Chairman
**Federal Communications Commission** (FCC)
45 L Street, NE
Washington, DC 20554 | 888-225-5322

July 2, 2022
• 3 Attachments
• For Public Distribution
**- Page 1 of 4 -**

**Copies to:** Federal Election Commission, Louisville Broadcast Media

## FCC COMPLAINT – Broadcast Stations Violating Public Interest & Trust to Bias Election Campaigns;

*Amended*

• To Diminish Fraud, Including "Ballot Harvesting," Request BCO for Stations to Broadcast the Candidates

**Dear Chairman Rosenworcel,**



Chairman Rosenworcel, it's time to end Our unnecessary frustrations with voting.

1. As you well know, in the May 17, 2022 Republican Primary race, I ran for U.S. Representative in District 3 in Louisville, Kentucky. Thus, for integrity of the November 8, 2022 general elections, I hereby request a ***Broadcast the Candidates Order*** (**BCO**) that requires local broadcast stations to broadcast the candidates running for elected offices. For educating the public about the candidates, the BCO should include all registered candidates. Pursuant to the herein evidence, the BCO is needed to prevent the continuing election fraud, including the wide practice of ***ballot harvesting*** that keeps people uninformed.

2. **This Complaint** provides the investigatory evidence for issuing the BCO. **1) I alerted the FCC of this matter** by sending you, the Chairman, copy of my **June 17, 2022 Notice of Tort Claim & Lien to Remove the Franklin County Sheriff**. Though a BCO would be pervasive under the U.S. 14th Amendment, and set precedence, I do not believe it is beyond the scope of your office under the FCC rules. I.e., without going to Congress, **2)** the FCC ***public protection rules*** (**PPRs**) and **3)** the public's ownership of the airwaves have jurisdiction over these fundamental protections of the public. [1], [2]

### A. The Media Cabal/Conspiracy is Preventing Fair Elections

3. **4)** Recall that **Attachment 1** in the Tort Claim lists the ten violations that disenfranchised the voters of Jefferson County in the May 17, 2022 Primary election. **5) Attachment 2** identifies the eleventh violation on May 12, 2022 by Rachel Droze of WHAS-TV News. **6)** Later, prior to the election, WDRB-TV broadcasted disparaging set-up

---

1 Under common law of the 7th Amend., 2) U.S. Constitution, Article 3, §2 issues of equity, and 3) the public's ownership of the airwaves, the FCC is required to stipulate its "mandate" & "course" of protecting the public from abusive treatment across the airwaves by broadcasters.

2 On June 29, 2022, I requested the PPRs from FCC Bureau Chief Alejarndro Roark.

video of me that was supposed to be discarded. – The 6-17-2022 Tort Claim (*supra*) is an extension of the herein Complaint (& posted at The-Protect-America-Project.org).

4. **7)** The broadcast media conspired to blackball me from public view, even though WDRB-TV News reported in February 2022 that I polled #1 above all the candidates. This egregious abuse of the airwaves gravely injured the election process in Louisville by preventing voters/the community from learning about the candidates. After the initial WDRB reports, the media outlets withheld any mention of the District 3 race for U.S. Representative. **8)** As a result, the media withheld coverage on all other candidates except the minimal coverage given to the mayoral race. District 3 was also blackballed by TV host Bill Bryant of KET *Comment on Kentucky* every Friday night prior to the May 17 election.

5. **9)** And you will recall my **April 22, 2022 Complaint** filed with you (the FCC) and the Federal Election Commission against KET. In addition to the antics of Bill Bryant (*supra*), KET planned to discriminate against those candidates who did not raise $25,000 in campaign funds. Then after I filed said 4-22 Complaint, KET refrained from covering any candidates, again leaving the voters empty-handed of the information they needed. KET was unethical with this disservice to the community by grossly abusing the airwaves. KET then conspired in joining the blackballing/blackout with Bill Bryant.

6. **10)** As pointed out in **Attachment 1**, **Item 2**, my wife and I could not vote for any candidates for judges and others because we did not know anything about them. And my neighbor told me that when voting on May 17, he helped the voter next to him to select candidates. **11) Furthermore**, it is unlawful & abuse of the polling data taken from viewers/listeners to withhold this data for bias/prejudice across the airwaves.

7. **12)** Because of these atrocities across the airwaves, the public/we went to the polls ignorant of the candidates, not knowing who to vote for. As in **Attachment 1**, **Item 7**, a voter in the Douglas Hills community told me his church gave church members a list of candidates to vote for. He said, in effect, "I did not know who they [the candidates] were." **It represents classic widespread ballot harvesting**. **13)** Voters thus fell privy to those candidates who could buy the most TV & radio advertising **but knew nothing about them**. Due to this conspiracy, the May 17 Primaries in Louisville are not credible. To protect voters, the FCC and FEC must correct this problem by broadcasting the candidates.

## B. How to Diminish Ballot Harvesting

8. **14) Attachment 3** is another example of ballot harvesting; it is page 2 of the 2022 KY Voter Guide published by Kentuckians for Freedom (**KFF**) in Louisville. [3] Ballot harvesting in this guide is very powerful because voters don't know they are being guided toward the biased agenda of KFF. This 4-page mail-out pamphlet highlights and categorizes the Republican candidates that KFF favors for election. – **15) Attachment 1** shows I was

3 KFF is an affiliation of the Tea Party in Kentucky.

registered as a Republican for May 17. But to run as a "Write-in" candidate in November, I am now registered an "Independent" due to the ongoing cheating that is disenfranchising voters.

9. **16)** The two categories for Republicans in the guide are**: a**) Forum Endorsed and **b**) Right to Life Endorsed. The guide is woefully unfair because the endorsed candidates were pre-screened for their political agendas favored by KFF. I, Daniel Cobble, attended the April 18, 2022 AFA Forum but **was not** endorsed. I **was not** even told that AFA/KFF would be endorsing selected candidates. For example, the forum did not ask my opinion on Right to Life. – But for equal application of the forum, the voter guide must give the political position from each candidate within the category or allow the candidate to enter/select an alternate position for that category. Hence, **leaving the category blank falsely implies to voters** that the non-endorsed candidate has the "opposite position" to the endorsed candidates.

10. **17)** Both types of ballot harvesting are a disservice to all voters because the harvesting process **does not** provide any other information for voters to choose the candidates. Voters are cheated out of knowing of whom they are voting for. In Louisville, this situation was doubly worse due to the media blackout of me and, too, essentially blacked-out public exposure for all other candidates whom could not afford advertisement. Remembering yard signs was our only other reference for choosing candidates.

## C. The Solution/Disposition

11. **18)** The solution to this range of broadcasters cheating is to [FCC-]require all local broadcast stations to cover all the **registered candidates** for at least 30 minutes in three event forums. This across-the-board media coverage will substantially inform voters to make educated decisions at the ballot box. By contrast, blackouts, ballot harvesting, media biases, etc. keep voters in-the-dark to prevent democracy. And wherefore, the BCO for November 8 is necessary for diminishing the effects of cheating. As in 2020, the May 17 primary in Kentucky was again the theft of Our democracy.

12. Thus, to educate voters on the candidates, **I hereby request** that all local broadcast outlets, including radio, television, and public internet platforms, to broadcast forum talks with all candidates in the respective races for at least 30 minutes in 3 events for the November cycle.

## D. May Be Taken Into Federal Court

13. Chairman Rosenworcel, given this overwhelming evidence, the BCO is reasonable for protecting voters. **If denied**, then this matter must be taken into federal court for an "emergency injunction." With November 8 approaching, **you have 30 days to respond to this Complaint**, including by email. Afterwards, I will consider filing in court.

*Thank you for your time,*

Daniel Cobble 7-2-2022

Daniel Cobble

**P.S.** All herein referenced documents are posted at The-Protect-America-Project.org.

## Certificate of Service

**The foregoing amended contents are hereby submitted to the following parties by first class mail on July 6, 2022 via CERTIFIED MAIL Item 7020 1810 0001 4935 1987 to Chairman Rosenworcel:**

- Allen Dickerson, Chairman, **Federal Election Commission**, 1050 First St., NE Washington, DC 20463 | 202-694-1100
- Kentuckians for Freedom, Dr. Frank Simon, P.O. Box 6116, Louisville, KY 40206 502-895-5025
- **WGTK** 970 AM Radio, Troy Miles, 3728 Taylorsville Road, Louisville, KY 40220 troy.miles@wordmediagroup.com | 502-968-1220
- WFPL Radio, C/o General Manager, Louisville Public Media, 619 S. 4th St., Louisville, KY 40202 | 502-814-6500
- WHAS-TV, C/o General Manager, 520 W. Chestnut St., Louisville, KY 40202 502-582-7813
- WAVE-TV, John O'Brien, General Manager, 725 S. Floyd St., Louisville, KY 40203, (502) 585-2201
- WLKY-TV, C/o General Manager, 1918 Mellwood Ave., Louisville, KY 40206-1035 502-571-7332
- WDRB-TV Media, C/o Dell Woods, General Manager, 624 W. Muhammad Ali Blvd., Louisville, Ky. 40202 | 502-584-6441
- CBS News, Bureau Chief, 2020 M St., NW , NW, Washington, DC 20036 | 202-457-4481
- Denise Clayton, Chief Judge, KY Court of Appeals, 360 Democrat Dr., Frankfort, KY 40601 | 502-573-7920

Daniel Cobble

**P.S. Document Surveillance Disclosure:** I printed this document from my Kyocera printer copier that is under lease that, through WiFi, transmits all document files to Kyocera Corporate headquarters and M&M Office Products (the owner) in Sellersburg, Indiana. I informed M&M that intercepting my private files is illegal and 4th Amendment violations. Accordingly, I am working through legal and public means to end these attacks on our privacy.

I am fearful that Gov'mt & corporate officials are using these interceptions **to warn cohorts of the contents of documents** and interfere with the delivery of mail that rails against their dishonest agendas. Of course, employees of the U.S. Postal Service commit felony acts when intercepting the delivery of mail for cohorts.




**Election Crooks Steal Cobble's May 17 Primary Win**

Disenfranchising Jefferson County Voters

# Attachment 1

JEFFERSON COUNTY CLERK'S OFFICE
ELECTION CENTER

May 26, 2022 – Above Republican Candidate Daniel Cobble warned that the 2022 Primary election may be stolen, that thieving authorities will disenfranchise voters again as in 2020. The draft below is a long 10-pt. timeline of circumstantial evidence.

**Cobble is preparing Criminal Complaints for county sheriffs. Need voters to support Complaints for fair Nov. 8 elections. Updates @ The-Protect-America-Project.org**

Daniel Cobble
220 Casa Bella Court
Louisville, KY 40220

Dear Mr. Cobble,

Please be advised that a request for a recanvass in the 2022 Republican Party Primary for United States Representative, 3rd Congressional District has been filed by Rhonda Palazzo, a candidate for the United States Representative, 3rd Congressional District. The recanvass shall be conducted by the Jefferson County Board of Elections on Thursday, May 26, at 9:00 a.m. The address for the Jefferson County Election Center is listed below.

Sincerely,

Kristi Gay/Ronnie Weedman
Administrators of Absentee Voting and Candidate Filing
1000 East Liberty Street
Louisville, KY 40204
502-574-5886
502-574-5889

## Timeline of 2022 JC Election Fraud

1. February 2022: WDRB-TV News reported at least twice that Cobble was polling #1 above all other candidates, including the Democrats, for **U.S. Representative,** Louisville **District 3** –
2. Since February, radio and television did not cover any local candidates to black-out Cobble's name & keep voters in the dark. **(On Primary Day, the Cobbles could not vote for judges and others because the media did not cover them for voters.)** –
3. Illegal "ballot harvesting" for candidate Rhonda Palazzo in Voter Guide from Kentuckians for Freedom –
4. April 12, 2022: Sen. Mitch McConnell stated to Lou. Chamber of Commerce, "Voters must be careful to not elect unacceptable candidates." His coded language is reference to Cobble still polling #1 –
5. April 14, 2022: CBS News email requested Cobble's photo for nat'l news coverage –
6. Approx. 2 weeks after McConnell's comments, TV ads mysteriously began for Candidate Stuart Ray –
7. Primary Day (May 17): More ballot harvesting; Douglas Hills resident told Cobble that church members were given a list of who to vote for –
8. **County Clerk Bobbie Holsclaw** consolidated the 677 neighborhood voting precincts to less than 200, and held early voting at "countywide precincts" that also violates Sec. 148 of KY Constitution –
9. May 17, 2022: Local & nat'l news did not cover District 3 race to avoid Cobble's name –
10. May 22, 2022: Sunday nat'l news still not covering **ballot re-canvassing** in Louisville Dist. 3. Why? –

CONCLUSION: **Cobble believes the broadcast media is not covering the District 3 race because the polling data favors Cobble and contradicts the ballot results in Jefferson County.** Media is trying to avoid reporting this contradiction of apparent election fraud. **- Cobble will run as a WRITE-IN in the general election.**

**Attachment 2**

## • False Reporting by WHAS-11 News

## • Why is MacGarvey Running So Hard this Early?

May 13, 2022, Statement by Daniel Cobble, Candidate for U.S. Representative (**R**), Louisville, Kentucky District 3



**Rachel Droze**, Political Reporter for WHAS-11 News Louisville, Kentucky

In her May 12, 2022 story on the candidates seeking to replace U.S. Representative John Yarmuth, **Rachel Droze** falsely reported that I had nothing to say to her questions.

During the interview, my first and only response to Ms. Droze was, "***The Louisville media has failed the communities by not reporting on the candidates***." It's that simple.

I informed Ms. Droze that this is my only response and she stated she would air the response. But she didn't.

The Louisville media is negligent of their broadcast duties by not doing any stories on the candidates since the campaign season began five months ago. Only this week, just before the election, are they now doing 15-second sound bites. Apparently, this "unusual behavior" is due to me secretly polling #1 to win the Republican nomincation on Tuesday, May 17. The media has avoided broadcasting the "Cobble name" at the expense of communities not learning about the candidates of which voters will be voting on Tuesday.



Morgan MacGarvey

(These acts against the public interest are even more reasons we have to demand broadcast media to become "independent," to divest of their "corporate masters." *Would Morgan MacGarvey support this change?*)

Hence, I challenge Ms. Droze to play the video-taped interview for her viewers that we recorded on May 10.

---

I also believe Democrat Candidate **Morgan MacGarvey** is campaigning very hard in preparation for running against me. MacGarvey knows he <u>cannot</u> get past my "bread-n-butter" issues that neither "party leadership" is addressing. These include repairing the debt crisis that will fix the U.S. Postal Service, "$high rent" and high prices, and other crises, no fee public childcare, neighborhood voting precincts, etc. – Voters are weary of the empty promises that are now leading to collapsing the economy. In his "heart-of-hearts," MacGarvey knows voters cannot afford to take a chance on him. Apparently that is why he is running so hard. He only has money to fight with, and nothing else. Θ

-----------------------------------------------------------

P.S. **Voter Security**. As in 2020, county & State authorities are using countywide early voting precincts to cheat in the 2022 elections. So I advise you to vote on May 17 at your neighborhood precinct, as required by §148 of the KY Constitution. See background at The-Protect-America-Project.org.

# KENTUCKIANS FOR FREEDOM VOTER GUIDE
## Jefferson County Kentucky 3rd Congressional District
## Primary - May 17, 2022

| REPUBLICAN CANDIDATES | Freedoms Heritage FORUM[1] | KY Right to Life Victory PAC[2] | C-FAIR[3] | UNION[4] |
|---|---|---|---|---|
| | Pro-Family | Pro-Life | Pro-Homosexual | Pro-Union |
| **US Senate** *Incumbent* **Rand PAUL** | FORUM Endorsed | Rt to Life Endorsed | | |
| Arnold BLANKENSHIP | | | | |
| Valerie FREDRICK | | | | |
| Paul HAMILTON | | | | |
| John SCHIESS | | | | |
| Tami STAINFIELD | | | | n |
| **US Representative District 3** | | | | |
| Daniel COBBLE | | | | o |
| Mike CRAVEN | | | | |
| Justin GREGORY, Darien Barrios MORENO, | | | | |
| **Rhonda PALAZZO** | FORUM Endorsed | Rt to Life Endorsed | | t |
| Gregory PUCCETTI, Ray STUART | | | | |
| **US Representative District 2** Brent FEHER | | | | |
| *E Jefferson Co* *Incumbent* Brett GUTHRIE | | Rt to Life Endorsed | | |
| **E. Lee WATTS** | FORUM Endorsed | | | |
| **State Senator - District 6** Bill FERKO | | Rt to Life Endorsed | | a |
| **Lindsey TICHENOR** | FORUM Endorsed | Rt to Life Endorsed | | |
| **State Senator - District 26** Everett CORLEY | | | | |
| Mark H. DOWNER | | | | v |
| **James PEDEN** | FORUM Endorsed | | | |
| **State Senator - District 36** Sheeba JOLLY | leans liberal | | | |
| *Incumbent* Julie Raque ADAMS | moderate | | | a |
| **State Representative - District 28** | | | | |
| **Jared BAUMAN** | FORUM Endorsed | Rt to Life Endorsed | | i |
| Patrick Ryan THOMPSON | | | | |
| **State Representative - District 31** | | | | |
| Flint BRECKINRIDGE | | | | l |
| **Susan Tyler WITTEN** | FORUM Endorsed | Rt to Life Endorsed | | |
| **State Representative - District 36** | | | | |
| Richard CRAWFORD, David HOWSER | | | | a |
| **John HODGSON** | FORUM Endorsed | Rt to Life Endorsed | | |
| **State Representative - District 37** | | | | |
| Emily CALLAWAY | | Rt to Life Endorsed | | b |
| **Jimmy MARICLE** | FORUM Endorsed | | | |
| **State Rep - District 41** Bryan SHEPHERD | | | | l |
| Sara-Elizabeth COTTRELL | | Rt to Life Endorsed | | |
| **Carrie Sanders McKEEHAN** | FORUM Endorsed | Rt to Life Endorsed | | |
| **Jefferson COUNTY CLERK** | | | | e |
| **Bob DeVORE** | FORUM Endorsed | | | |
| *Incumbent* Barbara 'Bobbie' HOLSCLAW | | | | |
| Mark WOOTEN | | | | |
| **Jefferson COUNTY MAYOR** | | | | |
| Philip O. MOLESTINA | | | | y |
| William 'Bill' DIERUF | | | | |
| Rob Stark REISHMAN, Jr | | | | |
| **Chartrael HALL** | FORUM Endorsed | | | e |
| **Metro Council - District 17** Kent T HALL | | | | |
| Marvin Westfield ODOM III | | | | t |
| **Metro Council - District 19** **Irina BAPTISTE** | FORUM Endorsed | | | |
| Stephen M DATTILO JR | | | | |

**Attachment 3**

[1]**FORUM** means endorsed by Freedoms Heritage FORUM Political Action Committee, which is a conservative Christian PAC, Pro-Life, Pro-Family, Pro-Gun and for Low Taxes. See www.KyForumPac.com. [2]**Rt to Life** means endorsed by Kentucky Right to Life Victory Political Action Committee, see kyrighttolifevictorypac.org. [3]**C-FAIR** means endorsed by C-Fair a pro-homosexuality PAC, https://www.fairness.org/cfair/. [4] **AFL-CIO** means endorsed by union. United Auto Workers endorsements not available at press time.

*Not authorized or paid for by any candidate or candidate committee or political party. Not affiliated with any candidate or political party.*

*Paid for by Kentuckians for Freedom, LLC, a newspaper published by Frank G Simon MD*

COMPLAINT TO FCC
EMERGENCY
FOR PROTECTION ORDER

UNITED STATES POSTAL SERVICE.

HIKES POINT
3050 HUNSINGER LN
LOUISVILLE, KY 40220-9998
(800)275-8777

07/02/2022 12:32 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Express 2-Day Flat Rate Env<br>Washington, DC 20554<br>Flat Rate<br>Signature Waiver<br>Scheduled Delivery Date<br>Tue 07/05/2022 06:00 PM<br>Money Back Guarantee<br>Tracking #:<br>EE185135882US | 1 | | $26.95 |
| Insurance<br>Up to $100.00 included | | | $0.00 |
| Total | | | $26.95 |
| First-Class Mail® Letter<br>Washington, DC 20463<br>Weight: 0 lb 0.80 oz<br>Estimated Delivery Date<br>Wed 07/06/2022 | 1 | | $0.58 |
| First-Class Mail® Letter<br>Frankfort, KY 40601<br>Weight: 0 lb 0.80 oz<br>Estimated Delivery Date<br>Tue 07/05/2022 | 1 | | $0.58 |
| First-Class Mail® Letter<br>Washington, DC 20036<br>Weight: 0 lb 0.80 oz<br>Estimated Delivery Date<br>Wed 07/06/2022 | 1 | | $0.58 |
| First-Class Mail® Letter<br>Louisville, KY 40203<br>Weight: 0 lb 0.80 oz<br>Estimated Delivery Date<br>Tue 07/05/2022 | 1 | | $0.58 |
| First-Class Mail® Letter<br>Louisville, KY 40202<br>Weight: 0 lb 0.80 oz<br>Estimated Delivery Date<br>Tue 07/05/2022 | 1 | | $0.58 |
| First-Class Mail® Letter<br>Louisville, KY 40202<br>Weight: 0 lb 0.80 oz<br>Estimated Delivery Date<br>Tue 07/05/2022 | 1 | | $0.58 |
| First-Class Mail® Letter<br>Louisville, KY 40220<br>Weight: 0 lb 0.80 oz<br>Estimated Delivery Date<br>Tue 07/05/2022 | 1 | | $0.58 |
| First-Class Mail® Letter | 1 | | $0.58 |

Handwritten annotations beside entries: FCC CHAIRMAN; FED. ELECTION COMMISSION; KY COURT OF APPEALS; CBS NEWS; WAVE-TV; WHAS-TV; WDRB-TV; WGTK 970 AM RADIO

UNITED STATES POSTAL SERVICE® PRIORITY ★ MAIL ★ EXPRESS™

EE 185135882 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (502) 290-7857
DANIEL COBBLE
220 CASA BELLA COURT
LOUISVILLE, KY 40220

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE (888) 225-5322
JESSICA ROSENWORCEL,
CHAIRMAN: FCC
45 L STREET, NE
WASHINGTON, DC

ZIP + 4® (U.S. ADDRESSES ONLY)
2 0 5 5 4 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☒ 2-Day ☐ Military ☐ DPO

PO ZIP Code: 40220
Scheduled Delivery Date (MM/DD/YY): 7-5-22
Postage: $
Date Accepted (MM/DD/YY): 7-2-22
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
Insurance Fee: $
COD Fee: $
Time Accepted: 1228 ☐ AM ☐ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $
Weight: ☒ Flat Rate lbs. ozs.
Acceptance Employee Initials

LOUISVILLE, KY 40220 JUL 02 2022 USPS

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM Employee Signature
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM Employee Signature

LABEL 11-B, OCTOBER 2016 PSN 7690-02-000-9996 2-CUSTOMER COPY