UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| DANIEL COBBLE,<br><br>Petitioner,<br><br>v.<br><br>JESSICA ROSENWORCEL, CHAIRMAN FOR THE FCC,<br><br>Respondent. | ) | Civil Action No. 3:22-CV-403-CHB<br><br>**ORDER DENYING MOTION TO WAIVE FILING FEE** |

*** *** *** ***

*Pro se* Petitioner Daniel Cobble filed a Petition for Emergency Injunction for Broadcast Order. [R. 1]. Within the Petition, Cobble included a section titled "Motion to Waive Filing Fee," asserting that the filing fee is unconstitutional. *Id.* at 4. That Motion is before the Court for consideration.

Congress mandates the collection of a filing fee by any party initiating a civil action in federal court. *See* 28 U.S.C. § 1914. This statute has never been deemed unconstitutional. Moreover, Congress has also provided a mechanism by which non-prisoners who are indigent may proceed in federal court. Under 28 U.S.C. 1915(a)(1),

> [A]ny court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] [] possesses that the person is unable to pay such fees or give security therefor.

Thus, should Cobble be unable to pay the filing fee in this action due to his indigency, he may file a non-prisoner application to proceed *in forma pauperis*.

Consequently, **IT IS ORDERED** as follows:

1. Cobble's Motion to Waive Filing Fee, contained within his Complaint at [R. 1], is **DENIED**.

2. Within **14 days** from entry of this Order, **Cobble shall either (a) pay the $402.00 filing fee in full to the Clerk of Court; or (b) file a non-prisoner application to proceed *in forma pauperis***.

3. Should Cobble choose to pay the filing fee, payment shall be made payable to Clerk, U.S. District Court and mailed to or made in person at the following address:

United States District Court
Western District of Kentucky
106 Gene Snyder Courthouse
601 West Broadway
Louisville, Kentucky 40202

Alternatively, Cobble may call the Clerk's Office and pay the filing fee by using a credit or debit card. The payment must clearly identify Cobble's name and the case number assigned to this action.

4. The **Clerk of Court is DIRECTED** to send Cobble a non-prisoner application (with this case number placed in the caption of the form) should he choose to seek to proceed *in forma pauperis*.

5. **Cobble is WARNED that failure to pay the filing fee within the time allowed will result in dismissal of the action for failure to prosecute**.

This the 11th day of August 2022.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Petitioner Cobble, *pro se*
A958.005