**IN THE U.S. DISTRICT COURT OF**
**THE WESTERN DISTRICT OF KENTUCKY**
601 W. Broadway, Louisville, KY 40202 | 502-625-3500

FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

22 AUG 19 PM 4:06

**Case No. 3:22-cv-403-CHB** – Page 1 of 3

DANIEL COBBLE **Petitioner / Plaintiff**

*vs.*

JESSICA ROSENWORCEL, CHAIRMAN FOR THE **FCC** **Defendant**
(Federal Communications Commission)

* * * * * * * * * * * * * * * * * * * * * * * * *

# MOTION FOR RECONSIDERATION OF ORDER DENYING WAIVER OF THE FILING FEE

(The Court is in Error of Not Considering the Material Merits, Etc)

1. Comes Plaintiff Cobble to motion the Court for reconsideration of its August 11, 2022 order denying Cobble's motion for waiver of the filing fee. The Court is in error of not considering the merits and thus has not processed the motion. As a matter of Cobble's rights, the Court must "expressly consider" and rule on the merits of his motion.

2. **ERROR 2**. The Court is in further error in implying that filing fees should not, or cannot, be challenged by the Constitution. The order states, **"This statute has never been deemed unconstitutional."** Even though the Court is fully aware that all laws and rules of Congress and State legislatures are subject to the test of constitutionality. And of course, that is the primary function of Court, to check the constitutionally of law. So, here, too, the Court is in error denying Cobble due process, **the refusal to process**.

3. **Merit 1**. To avoid granting the motion, the Court is ignoring the facts that constitutionality of filing fees are already being tested in the Sixth Circuit Court of Appeals in cases 20-5854 (3:20-cv-298-CHB) and 21-5249 (3:20-cv-579). So the Court cannot presume that filing fees are proper/ constitutional. The Court must base its order on the **"credible presumption of constitutionality."** There **is no** such credible presumption where the subject matter of improper fees is under appeal.

4. **Merit 2**. The herein bench, Judge Claria Horn Boom, presided over 3:20-cv-298-CHB (52-5854), *supra*, to require Cobble to pay the filing fee. After paying the filing fee, Judge Boom dismissed 3:20-cv-298 that is currently under appeal. This is another material and glaring example for refusing to process, denying Cobble access to the courts. I.e., because the Courts

abuse filing fees, they cannot be deemed lawful. So, **here again**, there is no credible presumption where Judge Boom denied waiving the filing fee in 3:20-cv-298-CHB that, too, is under appeal.

5. **Merit 3**. Cobble's motion for waiver provided the Court with State cases in Kentucky of which the filing fees were waived for the purposes stated in the instant motion for waiver. But the Court's 8-11-2022 order, *supra*, did not consider this material evidence/merit of the State's confirming unconstitutionality of filing fees. Once again, the court is without credible presumption.

- **The Court Cannot Dismiss this Issue of Public Safety**

6. **Merit 4**. And finally, but not the least, the instant action is a public safety issue of the upcoming November 8, 2022 general elections in jeopardy of being stolen in Jefferson County, Kentucky. The same circumstances are playing out across the United States. Wherefore, the Court cannot dismiss the instant action based on its bias of approving the filing fee. Under common law (U.S. 7th Amendment) the Court is required to serve the subpoena on Defendant for issuing the Emergency Injunction for a Broadcast the Candidates Order (**BCO**).

7. Otherwise, to dismiss the instant action, the Court would be wantonly negligent in allowing irreparable harm to the U.S. electorate.

8. Cobble points out here that negligence of the Sixth Circuit re: public safety issues contribute to the pain, crises, and stresses/mental illnesses suffered by Americans. These maladies are especially prevalent amongst our youth. Thus, Cobble has a duty to "check" this negligence of the Court if the bench (Judge Boom) proceeds further in this lane.

9. For any of the foregoing issues-of-law/paragraphs, the Court must grant the motion for waiving the filing fee and promptly grant the motion-for-injunction for the FCC BCO.

*And wherefore, this Motion is respectfully submitted,*

Daniel Cobble 8-19-2022

Daniel Cobble, Plaintiff DATE

220 Casa Bella Ct., Louisville, KY 40220 – 502-290-2852

## CERTIFICATE OF SERVICE

Daniel Cobble sent a copy of the herein contents by first class mail to the following Defendant on August 19, 2022:

Jessica Rosenworcel, Chairman
Federal Communications Commission (FCC)
45 L Street, NE
Washington, DC 20554 | 888-225-5322

Daniel Cobble

- PDF Downloads at The-Protect-America-Project.org
- For Public distribution