FILED
JAMES J. VILT, JR. - CLERK
AUG 25 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**IN THE U.S. DISTRICT COURT OF**
**THE WESTERN DISTRICT OF KENTUCKY**
601 W. Broadway, Louisville, KY 40202 | 502-625-3500

**Case No. 3:22-cv-403-CHB**
August 25, 2022 – Page 1 of 2

DANIEL COBBLE **Petitioner / Plaintiff**

*vs.*

JESSICA ROSENWORCEL, CHAIRMAN FOR THE **FCC** **Defendant**
(**Federal Communications Commission**)

* * * * * * * * * * * * * * * * * * * * * * * * *

# ADDENDUM TO THE PETITION FOR INJUNCTION

## (More Evidence of Conspiracy by Broadcasters to Disenfranchise Voters)

1. Comes Plaintiff Cobble to file the herein Addendum to the August 5, 2022 Petition. This Addendum provides the Court with additional prima facie evidence of broadcasters exploiting the public airwaves to disenfranchise the voters of Jefferson County, KY on Election Day, November 8, 2022. To protect voters, by preventing dark democracy, the evidence further exemplifies the need for the relief sought, a **FCC Broadcast the Candidates Order** (**BCO**).

2. **BACKGROUND:** To diminish dark democracy on Nov. 8, recall that a FCC BCO would require all local radio and television broadcasters to broadcast all registered candidates at least 3 times during the campaign season. This comprehensive coverage would serve to educate voters about the candidates for an informed electorate on Election Day.

3. Specifically, as explained in the Petition, to blackout Cobble's name from the District 3 U.S. Representative campaign, the broadcast media is also blacking out that needed coverage of other candidates. Media coverage serves the public so voters can learn who the candidates are. Otherwise, dark democracy prevails by keeping voters uninformed on Election Day.

4. To wit, on Saturday, August 6, 2022, the Fancy Farm politicians' picnic event was held in Graves County, Kentucky. However, remarkably, there was no coverage of the District 3 Louisville U.S. Representative campaign, the largest of the Congressional campaigns in Kentucky for the House of Representatives. Broadcasters, with the Fancy Farm organizers, continued the blackout of District 3, the same as during the 2022 Primary campaign identified in the Petition.

5. The August 7 & 8 weekend highlight hosting/coverage of Fancy Farm, by broadcasters KET, WKRB-TV, WLKY-TV, and The Courier Journal (by Deborah Yetter) made no mention of the District 3 campaign. – Wherein, the Court must consider this blackout in unison that cannot be a coincidence but that these media outlets and others are conspiring. I.e., they have already discussed and worked out the details of blacking out Cobble that is deleteriously affecting the other candidates, most especially in the Louisville area.

6. And, of course, since Cobble's advocacy and activist work charges malfeasance against Gov'mt officials, these officials, of course, have motive to conspire with broadcasters. Thus, a BCO is necessary for protecting voters from this apparent malfeasance that is damaging the electoral process in Kentucky.

7. **Not the least**, the conspiracy to blackout Cobble is evidence that he continues to poll high amongst voters as first reported by WDRB-TV in February 2022. Thus, the conspiracy, a wrongful use of the public airwaves, **is effectively disenfranchising voters**.

8. Wherefore, pursuant to the Petition, Cobble beseeches the Court to promptly issue the injunction requiring the FCC to issue a BCO for all local stations around the country.

*And wherefore, this Addendum to the Petition is respectfully submitted,*

Daniel Cobble 8-25-2022

Daniel Cobble, Plaintiff DATE

220 Casa Bella Ct., Louisville, KY 40220 – 502-290-2852

## CERTIFICATE OF SERVICE

Daniel Cobble sent a copy of the herein contents by first class mail to the following on August 25, 2022:

Jessica Rosenworcel, Chairman (Defendant)
Federal Communications Commission (FCC)
45 L Street, NE
Washington, DC 20554 | 888-225-5322

KET
Shea Hopkins, Executive Director
600 Cooper Dr.
Lexington, KY 40502
800-432-0951

WFPL Radio
C/o General Manager
Louisville Public Media
619 S. 4th St.,
Louisville, KY 40202
502-814-6500

Daniel Cobble

WLKY-TV
C/o General Manager
1918 Mellwood Ave.
Louisville, KY 40206-1035
502-571-7332

- PDF Downloads at The-Protect-America-Project.org
- For Public distribution