*- Submitted by Certificate-of-Mailing -*

From: Daniel Cobble, Plaintiff & Candidate for U.S. Representative, District 3
220 Casa Bella Court • Louisville, KY 40220 • 502-290-2852 • danielcobble6@gmail.com

September 10, 2022 | Page 1 of One



**Gov. Andy Beshear Failing KY Voters**

TO: Judge Claria Horn-Boom
U.S. District Court
601 W. Broadway
Louisville, KY 40202

**COPY TO:** Judge Rebecca Grady Jennings re:
3:22-cv-477-RGJ, KY Const. §148

**Re: Case No. 3:22-cv-403-CHB; Please Grant Injunction Now for Broadcast the Candidates Order; Time is Running Out for Nov. 8 Elections –**

• Louisville Judges Must Stop It's Bias Towards Candidate Cobble

**Dear Judge Boom,**

Time is running out for you to issue the emergency injunction for the FCC "**broadcast the candidates order**" (BCO). As followed-up in my August 25, 2022 Addendum to the Petition, broadcast stations are continuing the conspiracy of blacking-out the election campaigns in Louisville that is further affecting covering the races throughout Kentucky. Including diminished national coverage.

**To prevent further election fraud**, relative destructive consequences apply in Case 3:22-cv-477-RGJ. Judge Jennings must issue an emergency injunction to require **Gov. Andy Beshear** the enforce the due process of KY Constitution §148.

People are fed-up with the obvious malfeasance in Gov'mt. **So I ask that the Louisville federal judges to not become part-and-parcel of the election fraud & corruption in Kentucky.** Please stop your personal, unprofessional bias toward me and simply follow the law.

Thank you for your time.

Daniel Cobble

Daniel Cobble, Attorney-in-fact (both cases)

C/o: DC, Respondent FCC Chairman Jessica Rosenworcel,
Respondent Gov. Andy Beshear, & for Public Distribution

UNITED STATES POSTAL SERVICE
1000
40202
U.S. POSTAGE PAID
FCM LETTER
LOUISVILLE, KY
40220
SEP 10, 22
AMOUNT
**$0.60**
R2304H109884

Daniel Cobble
220 Casa Bella Ct.
Louisville, KY 40220

TO: Judge Claria Horn-Boom
U.S. District Court
601 W. Broadway
Louisville, KY 40202

*Submitted by Certificate-of-Mailing*
--

RECEIVED
JAMES J. VILT, JR. - CLERK
SEP 1 2 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

4020232238 C075