UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| DANIEL COBBLE, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3:22-CV-403-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| JESSICA ROSENWORCEL, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

*** *** *** ***

For the reasons set forth in the separate Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with an Order of this Court.

**IT IS FURTHER ORDERED** that the Motion to Shorten FCC Response Time and Motion for FCC to Provide the Public Protection Rules, both contained in the *pro se* Petition **[R. 1]**, are **DENIED as moot**.

The Court further **CERTIFIES** that an appeal *in forma pauperis* would be frivolous and, therefore, would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

There being no just reason for delay in its entry, this is a final and appealable Order, and this case is **STRICKEN** from the Court's active docket.

This the 12th day of October, 2022.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Plaintiff Daniel Cobble, *pro se*